1   Aldo A. Flores, Esq. (SBN 224239)
    FLORES LAW, APLC
2   12616 Central Avenue
    Chino, California 91710
3   Telephone: (323) 333-7105
    Facsimile: (213) 477-2008
4
    Attorneys for Plaintiffs
5   SANTA ANA CONTEMPORARY MEXICAN
    CAFETERIA, LUIS M. ANAYA, JR.,
6   SRDJAN MARKOVIC, SAMUEL O. RUIZ,
    and FRANCISCO JAVIER FARIAS, JR.
7

8                   UNITED STATES DISTRICT COURT

9              FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11  SANTA ANA CONTEMPORARY              CASE NO.
    MEXICAN CAFETERIA, a
12  California corporation; LUIS M.     **COMPLAINT FOR:**
    ANAYA, JR., an individual;
13  SRDJAN MARKOVIC, an                 1. **CONCEALMENT**
    individual; SAMUEL O. RUIZ, an      2. **CONVERSION**
14  individual; and FRANCISCO           3. **BREACH OF FIDUCIARY DUTY**
    JAVIER FARIAS, JR., an individual,  4. **BREACH OF DUTY OF LOYALTY**
15                                      5. **TRADEMARK INFRINGEMENT**
                 Plaintiffs,               **UNDER LANHAM ACT §32**
16                                      6. **UNFAIR COMPETITION UNDER**
                                           **LANHAM ACT §43**
17       vs.                            7. **UNFAIR COMPETITION UNDER**
                                           **CALIFORNIA BUSINESS AND**
18  RODOLFO CORDOVA, an                    **PROFESSIONS CODE SECTION**
    individual; and DOES 1-100,            **17200**
19  inclusive,                          8. **FALSE DESCRIPTION; AND**
                                        9. **DECLARATORY RELIEF;**
20               Defendants.
                                        [UNLIMITED JURISDICTION]
21

22       Plaintiffs SANTA ANA CONTEMPORARY MEXICAN CAFETERIA,

23  LUIS M. ANAYA, JR., SRDJAN MARKOVIC, SAMUEL O. RUIZ, and

24  FRANCISCO JAVIER FARIAS, JR. ("Plaintiffs") hereby allege:

25                  <u>**JURISDICTION AND VENUE**</u>

26       1.    Plaintiff LUIS M. ANAYA, JR. is an individual residing in Newport

27  Beach, California, and doing business in the City of Santa Ana, State of California.

28       2.    Plaintiff SRDJAN MARKOVIC is an individual residing in Costa

Mesa and doing business in the City of Santa Ana, State of California.

3.     Plaintiff SAMUEL O. RUIZ is an individual is an individual residing in Santa Ana, California, and doing business in the City of Santa Ana, State of California.

4.     Plaintiff FRANCISCO JAVIER FARIAS, JR. is an individual residing in Santa Ana, California, and doing business in the City of Santa Ana, State of California.

5.     Plaintiff SANTA ANA CONTEMPORARY MEXICAN CAFETERIA is a California corporation, with its principal place of business located in Santa Ana, California, and doing business as "Cafe Calacas Contemporary Mexican Cafeteria" (hereafter referred to as "Plaintiff CALACAS" or "CALACAS").

6.     Defendant RODOLFO CORDOVA ("Defendant CORDOVA" or "CORDOVA") is an individual residing in the County of Orange and with a principal place of business in Santa Ana, California.

7.     At all times herein mentioned, each of the Defendants mentioned in the caption of this Complaint which is incorporated herein by reference, was and is the agent, servant, alter ego, and employee of each of the other Defendants, and all allegations here have been done by said Defendants while they were acting in the capacity of agent of the other Defendant, all alleged actions of Defendants were ratified, acknowledged and/or authorized by the other Defendants.

8.     Plaintiffs are ignorant of the true names and capacities of Defendants sued herein as DOES 1 through 50, inclusive, and therefore sue these Defendants by such fictitious names.  Plaintiffs will amend this Complaint to allege their true names and capacities when ascertained.

9.     Venue in this county is proper because the agreements herein alleged herein were entered into in this county, and the acts and/or omissions giving rise to the claims herein, including but not limited to Defendant CORDOVA's wrongful acts, such as breaches of fiduciary duty, and other unlawful conduct as alleged

2

**COMPLAINT FOR DAMAGES**

herein, occurred in this county.

## GENERAL ALLEGATIONS

10.     Plaintiffs hereby incorporate by this reference the allegations contained in each of the foregoing paragraphs as though fully set forth herein.

11.     Plaintiff CALACAS operates as a Mexican café and pastry restaurant in the City of Santa Ana and does business as "Cafe Calacas Contemporary Mexican Cafeteria."

12.     Plaintiffs LUIS M. ANAYA, JR., SRDJAN MARKOVIC, SAMUEL O. RUIZ, and FRANCISCO JAVIER FARIAS, JR. (collectively "Shareholder Plaintiffs") are shareholders in Plaintiff CALACAS who hold shares representing a majority percentage (87%) of the total number of outstanding shares in said corporation.  Plaintiffs LUIS M. ANAYA, FRANCISCO JAVIER FARIAS, JR. and SAMUEL O. RUIZ are also officers and directors of Plaintiff CALACAS.

13.     Defendant CORDOVA is a shareholder in Plaintiff CALACAS who holds shares representing 13% percent of the total number of outstanding shares in said corporation.

14.      The trademark, "Cafe Calacas Contemporary Mexican Cafeteria," including a stylized logo that includes the same words, which Plaintiff CALACAS uses every day in the course of business, are the intellectual property of Plaintiff CALACAS.  Indeed, Shareholder Plaintiffs created the trademark, "Cafe Calacas Contemporary Mexican Cafeteria," and a corresponding stylized logo, copies of which are attached hereto as "Exhibit A."  Defendant CORDOVA acknowledged to Plaintiffs that said trademark and logos were the intellectual property of Plaintiff CALACAS, and was aware of Plaintiff CALACAS's trademark registration application of May 22, 2017 with the United States Patent and Trademark Office, a copy of which is attached hereto as "Exhibit B."

15.     Based on certain acts of malfeasance by CORDOVA committed in his capacity as a shareholder of CALACAS, Plaintiffs bring this action seeking to

3

remedy the wrongdoing committed by CORDOVA who has caused CALACAS to suffer substantial damages to said corporation and its shareholders.

16. CORDOVA has engaged in unlawful and surreptitious have acts that have harmed CALACAS and the Shareholder Plaintiffs by virtue of their standing as shareholders. These tortious acts include, but are not limited to, CORDOVA's January 8, 2018 filing of an application for trademark registration of the name, "Cafe Calacas" with the United States Patent and Trademark Office ("USPTO") without authorization from Plaintiffs. Said proposed trademark, "Cafe Calacas," infringes upon and constitutes an unauthorized and unlawful use of Plaintiff CALACAS's trademark, "Cafe Calacas Contemporary Mexican Cafeteria." Furthermore, CORDOVA concealed his USPTO filing from Plaintiffs.

17. At all relevant times, other not yet named and unknown Defendants were agents of CORDOVA, and in doing the acts alleged herein, were acting within the course of scope of such agency. Said not yet named and unknown Defendants ratified and/or authorized the wrongful acts of each of the other Defendants. Defendants, and each of them, are individually sued as participants and as aiders and abettors in the improper acts, plans, schemes, and transactions that are the subject of this complaint.

18. Plaintiffs bring this action to redress injuries suffered and to be suffered by the corporation as a result of CORDOVA's fraud, breaches of fiduciary duties, fraud and conversion.

19. Combined, Shareholder Plaintiffs hold 87 percent of CALACAS's stock, are owners of said stock at all times relevant hereto, and have standing to bring this action.

20. Plaintiffs and its counsel will adequately and fairly represent the interests of CALACAS in enforcing and prosecuting its rights.

21. Plaintiffs are informed and believe and thereon allege that CORDOVA filed his USPTO application with the intent to use the name, "Cafe Calacas," and/or

**COMPLAINT FOR DAMAGES**

variations thereof, as his trademark in the restaurant industry and thus engage in direct competition with Plaintiffs. CORDOVA's proposed trademark is comprised of the words, "Cafe Calacas," which also form part of Plaintiff CALACAS's trademark, namely, "Cafe Calacas Contemporary Mexican Cafeteria." In effect, CORDOVA seeks to commandeer Plaintiff CALACAS's trademark for his own use.

22. Based upon CORDOVA's acts and omissions in direct violation of his fiduciary duties of care, good faith, honesty and loyalty, the board of CALACAS decided to bring the claims asserted in this action. At the time this lawsuit was commenced, CALACAS's board of directors ("Board") consisted of three individuals, Plaintiffs LUIS M. ANAYA, FRANCISCO JAVIER FARIAS, JR. and SAMUEL O. RUIZ. Thus, a unanimous board authorized the filing of this action.

### FIRST CAUSE OF ACTION

### FRAUD—CONCEALMENT

### (Against Defendant RODOLFO CORDOVA and Does 1-10)

23. Plaintiffs incorporate by reference as though fully set forth herein all previous allegations of this complaint.

24. CORDOVA has engaged in unlawful and surreptitious have acts that have harmed CALACAS (and the Shareholder Plaintiffs by virtue of their standing as shareholders). These tortious acts include, but are not limited to, CORDOVA's January 8, 2018 filing of an application for trademark registration of "Cafe Calacas" with the United States Patent and Trademark Office ("USPTO") without authorization from Plaintiffs. CORDOVA concealed his USPTO filing from Plaintiffs.

25. During the months leading to January 2018, Shareholder Plaintiffs and CORDOVA engaged in discussions relating to the expansion of CALACAS's business operations. During a meeting held by the Shareholder Plaintiffs and CORDOVA, the topic of the "Cafe Calacas Contemporary Mexican Cafeteria"

**COMPLAINT FOR DAMAGES**

trademark became a topic of discussion. Shareholder Plaintiffs reminded CORDOVA that CALACAS is the owner the "Cafe Calacas Contemporary Mexican Cafeteria" trademark.

26.     Unbeknownst to Plaintiffs, on January 8, 2018, CORDOVA filed an application for trademark registration of the words, "Cafe Calacas," with the United States Patent and Trademark Office ("USPTO") without authorization from Plaintiffs.

27.     CORDOVA concealed his USPTO filing from Plaintiffs.

28.     Plaintiffs were not aware of the concealed facts.

29.     Each of the concealed facts were material in that they were essential to the analysis undertaken by Plaintiffs and Plaintiffs would not have acted in the way they did were it not for CORDOVA's concealment.

30.     At the time CORDOVA concealed the above-mentioned facts, CORDOVA knew that the facts were material to Plaintiffs' decision-making processes in that, had Plaintiffs known the concealed facts, they would not have acted in the way they did.

31.     CORDOVA concealed the true facts because of his knowledge that, were Plaintiffs to know them, Plaintiffs would have acted to preempt or stop CORDOVA from filing his USPTO application.

32.     Plaintiffs' lack of knowledge regarding the concealed facts was justifiable. Shareholder Plaintiffs had worked with CORDOVA for years in relation to the formation and operation of CALACAS and they are all fellow shareholders.

33.     As a direct and proximate result of CORDOVA's malfeasance, misconduct and misrepresentations, Plaintiffs suffered damages in the approximate amount of to be determined at trial according to proof.

34.     The aforementioned conduct of CORDOVA was an intentional misrepresentation, deceit, and concealment of material facts known to said

**COMPLAINT FOR DAMAGES**

defendant with intent to deprive Plaintiffs of property or legal rights or otherwise causing injury.

35. Also, such acts as described herein is despicable conduct that subjected Plaintiffs to cruel and unjust hardship, and CORDOVA engaged in such conduct in conscious disregard of Plaintiffs' rights so as to justify an award of exemplary and punitive damages, pursuant to California Civil Code section 3294, appropriate to punish said defendant and to deter others from engaging in similar conduct.

## SECOND CAUSE OF ACTION

### CONVERSION

**(Against Defendant RODOLFO CORDOVA and DOES 11-20, Inclusive)**

36. Plaintiffs incorporate by reference as though fully set forth herein all previous allegations of this complaint.

37. CORDOVA intentionally and wrongfully interfered with Plaintiffs' use of the "Cafe Calacas Contemporary Mexican Cafeteria" trademark by way of his January 8, 2018 filing of an application for trademark registration of the proposed trademark, "Cafe Calacas," with the United States Patent and Trademark Office ("USPTO") without authorization from Plaintiffs.

38. CORDOVA filed his trademark application for his own unauthorized use of the "Cafe Calacas" trademark.

39. Plaintiffs did not consent to CORDOVA's USPTO filing, nor his actual or intended unauthorized use of the words, "Cafe Calacas," in any trademark.

40. As a proximate result of CORDOVA's wrongful conversion, CORDOVA should be required to disgorge any profits made from his activities, including the imposition of a constructive trust on all the intellectual property and/or monies in his wrongfully obtained from Plaintiffs.

41. As a further result of CORDOVA's oppressive, intentional wrongful conduct, a substantial award of exemplary and punitive damages should be imposed. Plaintiffs are entitled to punitive and exemplary damages in an amount to

**COMPLAINT FOR DAMAGES**

be shown according to proof at the time of trial.

## THIRD CAUSE OF ACTION

## BREACH OF FIDUCIARY DUTY

### (Against Defendant RODOLFO CORDOVA and DOES 21-30, Inclusive)

42.     Plaintiffs incorporate by reference the allegations set forth above as though fully restated herein.

43.     CORDOVA is a shareholder of CALACAS, a closely-held corporation, and thus was and is required to act in a fair, just, and equitable manner to protect CALACAS and its shareholders' well-being and interests, and not to favor CORDOVA's own interests at the expense of CALACAS and his fellow shareholders.

44.     By his actions alleged above, CORDOVA violated his fiduciary duties to CALACAS and his fellow shareholders, including, without limitation, his duties of good faith, loyalty, and due care.

45.     The wrongful conduct particularized herein was not due to an honest error in judgment but rather to CORDOVA's intentional wrongful acts as well as bad faith and/or reckless disregard of CALACAS's rights and interests and those of its shareholders, without reasonable and ordinary care which he owed to Plaintiffs.

46.     CORDOVA is harming CALACAS and has breached fiduciary duties owed to the company and fellow shareholders.

47.     As a result of CORDOVA's breaches of fiduciary duties, Plaintiffs have sustained and will continue to sustain damages and injuries for which there is no adequate remedy at law.

48.     The acts of CORDOVA were done maliciously, oppressively, and with intent to defraud, and Plaintiffs are entitled to punitive and exemplary damages in an amount to be shown according to proof at the time of trial.

///

///

**COMPLAINT FOR DAMAGES**

# FOURTH CAUSE OF ACTION

## BREACH OF DUTY OF LOYALTY

**(Against Defendant RODOLFO CORDOVA and DOES 31-40, Inclusive)**

49.     Plaintiffs incorporate by reference and re-allege each and every allegation contained above, as though fully set forth herein.

50.     This action is brought by Plaintiffs against CORDOVA for breach of his undivided duty of loyalty as a shareholder of CALACAS, a closely-held corporation.

51.     As alleged above, CORDOVA breached his duty of loyalty to CALACAS by not acting solely in CALACAS's interests, and in furtherance of his own interests by way his January 8, 2018 filing of an application for trademark registration of the name, "Cafe Calacas" with the United States Patent and Trademark Office ("USPTO") without authorization from Plaintiffs. CORDOVA concealed his USPTO filing from Plaintiffs despite possessing knowledge that Plaintiff CALACAS is the owner of the "Cafe Calacas Contemporary Mexican Cafeteria" trademark.

52.     Those breaches of duty consisted of the conduct alleged throughout this complaint.

53.      Plaintiff CALACAS was harmed by CORDOVA's breaches of his undivided duty of loyalty.

54.     By reason of the foregoing, Plaintiff CALACAS was harmed and will continue to suffer harm as described in greater detail above.

# FIFTH CAUSE OF ACTION

## TRADEMARK INFRINGEMENT UNDER LANHAM ACT §32

**(Against Defendant RODOLFO CORDOVA and DOES 41-50, Inclusive)**

55.     Plaintiffs incorporate by reference and re-allege each and every allegation contained above, as though fully set forth herein.

56.     CORDOVA's use of "Cafe Calacas" in the restaurant industry

comprises an infringement of Plaintiff CALACAS's trademark, "Cafe Calacas Contemporary Mexican Cafeteria," and is likely to cause confusion, mistake and deception of the public as to the identity and origin of the "Cafe Calacas" name, goods sold under said name, and thus causing irreparable harm to Plaintiffs for which there is no adequate remedy at law.

57.    By reason of the foregoing acts, CORDOVA is liable to Plaintiffs for trademark infringement under 15 U.S.C. §1114.

**SIXTH CAUSE OF ACTION**

**UNFAIR COMPETITION UNDER LANHAM ACT §43**

**(Against Defendant RODOLFO CORDOVA and DOES 51-60, Inclusive)**

58.    Plaintiffs incorporate by reference and re-allege each and every allegation contained above, as though fully set forth herein.

59.    Plaintiffs are informed and believe and thereon allege that CORDOVA filed his USPTO application with the intent to use the proposed "Cafe Calacas" trademark in the restaurant industry and thus engage in direct competition with Plaintiffs. CORDOVA's actual and/or intended use of "Cafe Calacas" to promote, market, and sell merchandise and services in the restaurant community is in direct competition with Plaintiffs' business activities, and in conflict with Plaintiff CALACAS' ownership of the "Cafe Calacas Contemporary Mexican Cafeteria" trademark, which constitutes Unfair Competition pursuant to 15 U.S.C. §1125(a).

60.    CORDOVA's actual/or intended use of "Cafe Calacas" as a brand is likely to cause confusion, mistake, and deception among consumers in the restaurant industry.

61.    CORDOVA's unfair competition has caused and will continue to cause damage to Plaintiffs, and is causing irreparable harm to Plaintiffs for which there is no adequate remedy at law.

///

///

## SEVENTH CAUSE OF ACTION

## UNFAIR COMPETITION UNDER CALIFORNIA BUSINESS AND PROFESSIONS CODE § 17200 ET SEQ.

**(Against Defendant RODOLFO CORDOVA and DOES 61-70, Inclusive)**

62.     Plaintiffs incorporate by reference and re-allege each and every allegation contained above, as though fully set forth herein.

63.     CORDOVA's actions discussed herein constitute unfair competition within the meaning of California Business and Professions Code §17200.  Pursuant to California Business and Professions Code § 17203, Plaintiffs are entitled to preliminary and permanent injunctive relief ordering CORDOVA's to cease this unfair competition, as well as disgorgement of all of CORDOVA's profits associated with this unfair competition.

## EIGHTH CAUSE OF ACTION

## FALSE DESCRIPTION

**(Against Defendant RODOLFO CORDOVA and DOES 71-80, Inclusive)**

64.     Plaintiffs incorporate by reference and re-allege each and every allegation contained above, as though fully set forth herein.

65.     CORDOVA's use of the words, "Cafe Calacas," as a brand and/or trademark is such a colorable imitation and copy of Plaintiff CALACAS's trademark that CORDOVA's use thereof is likely to create confusion, or to cause mistake, or to deceive consumers as to the affiliation, connection or association of said plaintiff's mark, brand and products, or to deceive consumers as to the origin, sponsorship or approval of said plaintiff's mark, brand and products.

66.     Plaintiffs aver that CORDOVA's actual and/or intended use of the words, "Cafe Calacas," comprises a false description or representation of such business or products under 15 U.S.C. § 1125(a) (Section 43(a) of the Lanham Act).

///

///

11

**COMPLAINT FOR DAMAGES**

# NINTH CAUSE OF ACTION

## DECLARATORY RELIEF

### (Against Defendant RODOLFO CORDOVA and DOES 81-90, Inclusive)

67. Plaintiffs incorporate by reference and re-allege each and every allegation contained above, as though fully set forth herein.

68. Plaintiff CALACAS is and at all times herein mentioned was, the sole owner of the "Cafe Calacas Contemporary Mexican Cafeteria" trademark.

69. The basis of said plaintiff's ownership claim is Plaintiffs' creation of said trademark and CORDOVA's acceptance and acknowledment thereof.

70. Plaintiffs now seek a judicial declaration that Plaintiff CALACAS is the owner of said trademark, as CORDOVA also claims ownership of an alleged trademark that incorporates the words, "Cafe Calacas," and therefore in conflict with Plaintiff CALACAS's trademark, "Cafe Calacas Contemporary Mexican Cafeteria."

71. CORDOVA's claims of ownerhip of "Cafe Calacas" as a trademark are without any right whatever and that CORDOVA has no right, title, estate, lien, or interest whatever in the alleged trademark.

72. An actual controversy exists between Plaintiffs and CORDOVA in that Plaintiffs claim that Plaintiff CALACAS is the absolute and exclusive owner of the trademark, "Cafe Calacas Contemporary Mexican Cafeteria," including any and all trademarks that incorporate the words, "Cafe Calacas," and any variation(s) thereof, the extent of which CORDOVA disputes.

73. Plaintiffs are informed and believe and based thereon allege that a judicial declaration is now necessary and proper to determine the respective ownership interests of the parties in connection with the matters alleged herein.

75. Such determination is appropriate and necessary in that there is no adequate or speedy remedy of law and that the requested judicial declaration will avoid a multiplicity of suits, resulting in judicial economy and further the interest of

**COMPLAINT FOR DAMAGES**

justice.

<b><u>PRAYER</u></b>

WHEREFORE, Plaintiffs pray for judgment as follows:

**AS TO THE FIFTH, SIXTH, SEVENTH AND EIGHTH CAUSES OF ACTION:**

1.      For an order requiring Defendant RODOLFO CORDOVA to show cause, if he has any, why he should not be enjoined as set forth below, during the pendency of this action;

2.      For a permanent injunction, all enjoining Defendant RODOLFO CORDOVA and his agents, servants, and employees, and all persons acting under, in concert with, or for him from:

(a)      Using the trademark, "Cafe Calacas Contemporary Mexican Cafeteria," including any and all trademarks that incorporate the words, "Cafe Calacas," and any variation(s) thereof in connection with any and all commercial activities;

(b)      Otherwise infringing on Plaintiffs' trademark and trade name;

(c)      Causing likelihood of confusion, deception, or mistake as to the source, nature, or quality of Plaintiffs' goods and services;

3.      For an order directing Defendant RODOLFO CORDOVA to file with this Court and serve on Plaintiffs within 30 days after service of an injunction, a report in writing under oath, setting forth in detail the manner and form in which defendants have complied with the injunction;

4.      For an order requiring Defendant RODOLFO CORDOVA to deliver up and destroy all infringing materials, for example, plaques, garment labels, literature, advertising, and other material bearing the infringing designations;

5.      For all of said defendant's profits derived from its infringement of Plaintiffs' trademark and trade name;

6.      For three times the amount of Plaintiffs' actual damages caused by said defendant's infringement of Plaintiffs' trademark and trade name;

1    7.    For Plaintiffs' reasonable attorney's fees expended in this action;

2    **AS TO THE NINTH CAUSE OF ACTION:**

3    8.    For a declaration, order or judicial decree of the respective ownership

4    interests of Plaintiffs and Defendant RODOLFO CORDOVA as to the

5    trademark,"Cafe Calacas Contemporary Mexican Cafeteria," including any and all

6    trademarks and trade names that incorporate the words, "Cafe Calacas," and any

7    variation(s) thereof.

8    9.    For a judicial declaration of the rights and obligations between

9    Plaintiffs and Defendant RODOLFO CORDOVA;

10   10.    For a judicial determination that Defendant RODOLFO CORDOVA

11   obligated to Plaintiffs for their damages herein and seeks judgment accordingly;

12   **AS TO FIRST, SECOND, THIRD AND FOURTH CAUSES OF**

13   **ACTION:**

14   11.    For general and special damages in an amount to be proven at trial;

15   12.    For punitive damages.

16   **AS TO ALL CAUSES OF ACTION:**

17   13.    For costs of suit incurred herein;

18   14.    For such other and further relief as the Court deems just and proper.

19
20   DATED:  March 7, 2018             FLORES LAW, APLC

21
22   By: _____

     ALDO A. FLORES
23   Attorney for Plaintiffs SANTA ANA
     CONTEMPORARY MEXICAN
24   CAFETERIA, LUIS M. ANAYA, JR.,
     SRDJAN MARKOVIC, SAMUEL O.
25   RUIZ, and FRANCISCO JAVIER
     FARIAS, JR.

26

27

28

**COMPLAINT FOR DAMAGES**

# DEMAND FOR JURY TRIAL

Plaintiffs hereby demands a trial by jury in this action.

DATED: March 7, 2018                FLORES LAW, APLC


By: _____
ALDO A. FLORES
Attorney for Plaintiffs SANTA ANA
CONTEMPORARY MEXICAN
CAFETERIA, LUIS M. ANAYA, JR.,
SRDJAN MARKOVIC, SAMUEL O.
RUIZ, and FRANCISCO JAVIER
FARIAS, JR.

**COMPLAINT FOR DAMAGES**



**EXHIBIT "A"**

# CAFÉ CALACAS

CONTEMPORARY MEXICAN CAFETERIA

EXHIBIT "A"

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 87459858**
**Filing Date: 05/22/2017**

*NOTE: Data fields with the* **\*** *are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| **\*MARK** | \\\\TICRS\\EXPORT17\\IMAGEOUT 17\\874\\598\\87459858\\xml1\\FTK0002.JPG |
| **\*SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | CAFE CALACAS CONTEMPORARY MEXICAN CAFETERIA |
| **\*COLOR MARK** | NO |
| **\*COLOR(S) CLAIMED**<br>(If applicable) | |
| **\*DESCRIPTION OF THE MARK**<br>(and Color Location, if applicable) | The mark consists of The word "Café" in capital letters with an acute accent above the letter "e". The word "Calacas" in capital letters beneath the word "Café". The words "Contemporary Mexican Cafeteria" below the word "Calacas". All in the same stylized font. |
| **PIXEL COUNT ACCEPTABLE** | NO |
| **PIXEL COUNT** | 1024 x 1365 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | SANTA ANA CONTEMPORARY MEXICAN CAFETERIA CORP |
| **\*STREET** | 324 W 4TH ST #B |
| **\*CITY** | SANTA ANA |
| **\*STATE**<br>(Required for U.S. applicants) | California |
| **\*COUNTRY** | United States |
| **\*ZIP/POSTAL CODE**<br>(Required for U.S. applicants) | 92701 |
| **PHONE** | 7144038736 |
| **EMAIL ADDRESS** | EPEREZ@PEREZLAWGRP.COM |
| **LEGAL ENTITY INFORMATION** | |



| | |
|---|---|
| **\*TYPE** | CORPORATION |
| **\* STATE/COUNTRY OF INCORPORATION** | California |

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| | |
|---|---|
| **\*INTERNATIONAL CLASS** | 043 |
| **\*IDENTIFICATION** | Café-restaurants; Café and restaurant services; Café services; Cafés; Restaurant and café services; Restaurant and bar services; Restaurant and catering services; Restaurant services featuring sandwiches; Restaurant, bar and catering services; Bar and restaurant services; Cafeteria and restaurant services; Fast casual restaurants; Fast-food restaurant services; Fast-food restaurants; Salad bars; Take-out restaurant services |
| **\*FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 01/01/2015 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 01/01/2015 |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPE0-204752522-20170522214921404005_._Cafe_Calacas_Menu.pdf |
| **CONVERTED PDF FILE(S)** <br> **(2 pages)** | \\TICRS\EXPORT17\IMAGEOUT17\874\598\87459858\xml1\FTK0003.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\874\598\87459858\xml1\FTK0004.JPG |
| **SPECIMEN DESCRIPTION** | Menu currently used by patrons at the location and shown on the website |

## ADDITIONAL STATEMENTS SECTION

| | |
|---|---|
| **\*TRANSLATION** <br> **(if applicable)** | The English translation of Calacas in the mark is Skulls. |
| **\*TRANSLITERATION** <br> **(if applicable)** | |
| **\*CLAIMED PRIOR REGISTRATION** <br> **(if applicable)** | |
| **\*CONSENT (NAME/LIKENESS)** <br> **(if applicable)** | |
| **\*CONCURRENT USE CLAIM** <br> **(if applicable)** | |
| **DISCLAIMER** | No claim is made to the exclusive right to use Cafe or Calacas or Contemporary or Mexican or Cafeteria apart from the mark as shown. |

## ATTORNEY INFORMATION

| | |
|---|---|
| **NAME** | Enrique Perez |
| **STREET** | 1415 E 17th Street, Suite 260 |
| **CITY** | Santa Ana |
| **STATE** | California |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 92705 |
| **PHONE** | 7144038736 |
| **EMAIL ADDRESS** | eperez@perezlawgrp.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |

## CORRESPONDENCE INFORMATION



| | |
|---|---|
| **\*NAME** | Enrique Perez |
| **\*STREET** | 1415 E 17th Street, Suite 260 |
| **\*CITY** | Santa Ana |
| **\*STATE** (Required for U.S. addresses) | California |
| **\*COUNTRY** | United States |
| **\*ZIP/POSTAL CODE** | 92705 |
| **PHONE** | 7144038736 |
| **\*EMAIL ADDRESS** | eperez@perezlawgrp.com;eperez@perezlawgrp.com |
| **\*AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 1 |
| **FEE PER CLASS** | 225 |
| **\*TOTAL FEE PAID** | 225 |
| **SIGNATURE INFORMATION** | |
| **\* SIGNATURE** | /EnriquePerez/ |
| **\* SIGNATORY'S NAME** | Enrique Perez |
| **\* SIGNATORY'S POSITION** | Attorney of record, California, 231622 |
| **SIGNATORY'S PHONE NUMBER** | 7144038736 |
| **\* DATE SIGNED** | 05/22/2017 |



EXHIBIT "B"

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

### Trademark/Service Mark Application, Principal Register

### TEAS Plus Application

**Serial Number: 87459858**
**Filing Date: 05/22/2017**

## To the Commissioner for Trademarks:

**MARK:** CAFE CALACAS CONTEMPORARY MEXICAN CAFETERIA (stylized and/or with design, see mark)

The mark in your application is CAFE CALACAS CONTEMPORARY MEXICAN CAFETERIA.
The applicant is not claiming color as a feature of the mark. The mark consists of The word "Café" in capital letters with an acute accent above the letter "e". The word "Calacas" in capital letters beneath the word "Café". The words "Contemporary Mexican Cafeteria" below the word "Calacas". All in the same stylized font.
The applicant, SANTA ANA CONTEMPORARY MEXICAN CAFETERIA CORP, a corporation of California, having an address of
    324 W 4TH ST #B
    SANTA ANA, California 92701
    United States
    7144038736(phone)
    EPEREZ@PEREZLAWGRP.COM (not authorized)

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 043: Café-restaurants; Café and restaurant services; Café services; Cafés; Restaurant and café services; Restaurant and bar services; Restaurant and catering services; Restaurant services featuring sandwiches; Restaurant, bar and catering services; Bar and restaurant services; Cafeteria and restaurant services; Fast casual restaurants; Fast-food restaurant services; Fast-food restaurants; Salad bars; Take-out restaurant services

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 043, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 01/01/2015, and first used in commerce at least as early as 01/01/2015, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Menu currently used by patrons at the location and shown on the website.

**Original PDF file:**
SPE0-204752522-20170522214921404005_._Cafe_Calacas_Menu.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2

**Disclaimer**
No claim is made to the exclusive right to use Cafe or Calacas or Contemporary or Mexican or Cafeteria apart from the mark as shown.

**Translation**
The English translation of Calacas in the mark is Skulls.



The applicant's current Attorney Information:
   Enrique Perez      1415 E 17th Street, Suite 260
   Santa Ana, California 92705
   United States
   7144038736(phone)
   eperez@perezlawgrp.com (authorized)


The applicant's current Correspondence Information:

   Enrique Perez

   1415 E 17th Street, Suite 260

   Santa Ana, California 92705

   7144038736(phone)

   eperez@perezlawgrp.com;eperez@perezlawgrp.com (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or the applicant's attorney, or the applicant's domestic representative at the e-mail address provided in this application. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Plus status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

**Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**AND/OR**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /EnriquePerez/   Date: 05/22/2017
Signatory's Name: Enrique Perez
Signatory's Position: Attorney of record, California, 231622
Signatory's Phone Number: 7144038736
Payment Sale Number: 87459858
Payment Accounting Date: 05/23/2017



Serial Number: 87459858
Internet Transmission Date: Mon May 22 23:04:08 EDT 2017
TEAS Stamp: USPTO/FTK-XXX.XX.XXX.X-20170522230408565
766-87459858-590251e46414437d8ffc31bbde9
1fa5e66b2ba4a7157ef762c7cbdde2ee1839b46a
-CC-7547-20170522214921404005



EXHIBIT "B"



CONTEMPORARY MEXICAN CAFETERIA

EXHIBIT "B"

324 W 4th St, #B
Santa Ana, CA 92701

Call ahead!
(714) 662-2002



# CAFÉ CALACAS



## CONTEMPORARY MEXICAN CAFETERIA

## Los Waffles!

**Plain Belgium Waffle** — 5.99
Traditional Belgium style waffles buttered,
powder sugar and served with maple syrup

**Churro Waffle** — 7.49
Classic Belgium waffle turned into a churro delight!
Topped with fresh strawberries, blueberries and caramel

**Banana Foster** — 7.49
Waffles topped with banana, granola, caramel,
whipped cream and powdered sugar

**Chocolate Goosebump** — 7.49
Traditional Belgium Waffle topped with strawberries,
chocolate chips, lechera and whipped cream

**Puerquitos In a Blanket** — 8.49
Traditional Belgium Waffle with a latin twist, infused with
beef chorizo, refried beans, quezo fresco, cilantro and
topped with our house made sweet and spicy sauce

## Classic "Raza" Snacks

**Licuado Pancho Pantera** — 3.99
Banana, cinnamon, chocolate, vanilla

**Bionico Fruit Salad** — 5.99
Yogurt, strawberry, apple, pineapple, banana,
topped with lechera, coconut shavings,
granola and raisins

**Yogurt Parfait** — 4.69
Yogurt, granola, strawberry, blueberry, banana, honey

**Visit us to see what our daily special is**

## El Cafecito

| | Small | Medium | Large |
|---|---|---|---|
| Cafe De Olla | 2.50 | 2.80 | 3.00 |
| Mexican Roast | 2.00 | 2.35 | 2.65 |
| Espresso | | | 2.25 |
| Double Espresso | | | 2.75 |
| Single Amerikano | | | 2.25 |
| Double Amerikano | | | 2.75 |
| Latte/Cappuccino | 3.25 | 3.65 | 3.95 |
| Vanilla Latte | 3.75 | 4.15 | 4.45 |
| Hazelnut Latte | 3.75 | 4.15 | 4.45 |
| Cinnamon Latte | 3.75 | 4.15 | 4.45 |
| Caramel Latte | 3.75 | 4.15 | 4.45 |
| Moka | 3.75 | 4.35 | 4.65 |
| Hot Chocolate | 2.50 | 2.75 | 3.00 |

## Mexi-Frapps!

| | Regular | Large |
|---|---|---|
| Horchata, Abuelita, Rompope, Gansito, Mexican Chai | 4.95 | 5.45 |

## Ice Blended

| | Regular | Large |
|---|---|---|
| Caramel, Vanilla, Moka, Chai | 4.50 | 4.95 |

## Specialty Lattes

| | | Small | Medium | Large |
|---|---|---|---|---|
| Cajeta Latte | Mex Caramel | 4.25 | 4.95 | 5.45 |
| Horchata Latte | | 4.25 | 4.95 | 5.45 |
| Abuelita Latte | Mex Moka | 4.25 | 4.95 | 5.45 |
| Rompope Latte | Mex Eggnog | 4.25 | 4.95 | 5.45 |
| Dulce De Leche | | 4.25 | 4.95 | 5.45 |

## Hand Crafted Sodas

| | One Size (16 oz) |
|---|---|
| "La Sandia" Watermelon Cucumber Mint | 3.79 |

## Smoothies

| | Regular | Large |
|---|---|---|
| Strawberry / Mango | 4.25 | 4.75 |

## Cold Pressed Juices

| | One Size (16 oz) |
|---|---|
| Detox, Delicious Health, Beauty, Stamina | 5.89 |

EXHIBIT "B"

## Buenos Dias!

Breakfast - Available all day

### House Chilaquiles!  10.49
Red or green salsa base, tortilla fritters,
queso fresco, cilantro topped with
two eggs cooked to order

### Breakfast Quesadilla  7.49
Flour tortilla, pepper jack cheese, spinach, mushrooms,
eggs, truffle, mexican crema, pineapple pico de gallo

### "El Famoso"
### Breakfast Burrito  7.99
Eggs, hasbrown, cheddar, chipotle aioli,
choice of ham or bacon

### Breakfast Torta  7.99
Two eggs scrambled with chorizo,refried beans,
queso fresco, spinach, avocado

### El Cuernito
### (Breakfast Croissant)  7.89
Two eggs (scrambled or over easy) with bell pepper,
ham, cheddar cheese, and chipotle aioli

### Bagel with cream cheese  2.79

## Wraps

### Caesar  8.79
Fresh romain, chicken, parmesan cheese,corn,
bolillo croutons, cilantro lime dressing

### Chipotle Chicken  8.79
Chicken, chipotle mexican cream, avocado,
red bell pepper, queso fresco, tomato, kale

### La Veggie-tariana  8.79
Cucumber, spinach, green bell pepper,  red onion,
tomato, avocado, with house made lime cilantro dressing

## Soup of the day!

### Cup  3.29
### Bowl  4.39

## Ensaladas

Add chicken, steak  3.29
Add avocado  1.89

### Julio "Caesar"  7.79
Kale, corn, bolillo truffled croutons, shaved
parmesan, cilantro lime caesar dressing

### Watermelon Amor  7.79
Watermelon, pepitas (toasted and salted
pumpkin seeds), queso fresco, arugula,
red wine vinaigrette

### Fresca Salad  7.79
Mixed greens, corn, olives, red chile shavings,
queso ranchero, cilantro, avocado,
paprika infused balsamic vinaigrette

### Mexican Tortilla Salad  7.79
Romaine, queso fresco, seared mushrooms,
truffle, tomato, tortilla strips, white balsamic vinaigrette

## Warm Tortas and Sandwiches

Served with choice of salad, chips or soup of the day
No side - sandwich price  7.69

### El Club Croissant  9.89
Bacon, ham, lettuce, avocado, tomato, garlic aioli
Served with chips, soup or slaw

### Chicken Acapulco Torta  9.89
Chicken, avocado, red salsa, pico de gallo,
queso panela, mexican crema, on a toasted torta bread

### Verde Steak Torta  9.89
Pepper jack, green tomatillo sauce, steak,
greed bell pepper, arugula, on a toasted torta bread

### Chipotle Steak Quesadilla  9.69
Blend of pepperjack cheese, chitpotle cream,
spinach and seasoned steak.

Add a side of red/green salsa to any menu item for $0.35 each



# ORDER ONLINE!

www.CafeCalacas.com/Order



CATERING AVAILABLE

Order online and your order will be ready in 10 minutes.
For larger orders, please allow 30 minutes.



www.CafeCalacas.com

CafeCalacasDTSA

#ElCafecitoDeSantaAna

@CafeCalacasDTSA



CAFÉ
CALACAS

